### (October 18, 1972)

■ In the Matter of FREDERICK E. WILT, Petitioner, v. COUNTY COURT, CHEMUNG COUNTY, Respondent.— Application denied and petition dated June

11, 1972, dismissed, without costs. Herlihy, P. J., Staley, Jr., Greenblott, Sweeney and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD POLHILL, Petitioner, v. J. EDWIN LA VAILEE, as Superintendent of Clinton Correctional Facility, Respondent.— Application for writ of habeas corpus pursuant to CPLR 7002 (subd. [b], par. 2) denied. Herlihy, P. J., Sweeney, Simons, Kane and Reynolds, JJ., concur.